## GREEN v. STATE.
### No. 18675.

Court of Criminal Appeals of Texas.

Dec. 23, 1936.

Ray Holder and Baskett & Parks, all of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, four years in the penitentiary.

The record is here without bills of exceptions or statement of facts. The indictment is sufficient, and we see nothing erroneous in the charge. The judgment and sentence are in accordance with law.

The judgment will be affirmed.